UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 31, 2020
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| VS. | § CR C- 20-569 |
| MATTHEW SAYLES | § |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF A PLEA OF NOT GUILTY

Now Comes Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

(1) Defendant has received a copy of the Indictment and the United States Attorney's Penalty sheet. Defendant understands the charge(s) as well as the minimum and maximum penalties applicable to those charges;

(2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. The Defendant further understands that, absent the present waiver, he/she will be arraigned in open Court;

(3) Defendant has received a copy of the scheduling order and if on bond, the Defendant acknowledges that the failure to appear for scheduled court hearings will result in the issuance of an arrest warrant as well as subjecting him/her to a new federal felony charge of failure to appear for court proceedings;

(4) Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment, and tenders a plea of "not guilty."

_____  3-31-20
Defendant                Date

_____  3-31-20
Counsel for Defendant     Date

Approved: _____
U.S. DISTRICT JUDGE