# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America § §
v. § Cause No. 2:20cr569-2
Matthew John Sayler § §
§

## WAIVER OF ~~PRELIMINARY HEARING AND/OR WAIVER OF~~ DETENTION HEARING WITHOUT PREJUDICE

I, Matthew John Sayler, understand that I have been charged with an offense in a criminal complaint or indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under FED. R. CRIM. P. 5.1, or FED. R. CRIM. P. 32.1. A magistrate judge has also informed me of my right to a detention hearing pursuant to 18 U.S.C. 3142, unless a District Judge has already determined that bond shall not be set in connection with a violation of supervised release.

( ) I agree to voluntarily waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1. or Fed. R. Crim. P. 32.1.

(✓) I agree to voluntarily waive my right to a detention hearing pursuant to 18 U.S.C. § 3142 without prejudice.

DATE: 3-31-20

_____
Defendant's signature

_____
Signature of Defendant's Attorney

Steve Schiwetz
Printed Name of Defendant's Attorney